

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

| | |
|---|---|
| BOOT BARN, INC., a Delaware Corporation, and DAN POST BOOT COMPANY, a Tennessee Company,<br><br>          Plaintiffs,<br><br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>          Defendant. | Civil Case No. 2:22cv2105-WBS |

      I, _____David E. Frulla_____, attorney for Plaintiffs, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Kelley Drye & Warren, LLP |
| Address: | 3050 K Street, NW, Suite 400 |
| City: | Washington |
| State: | DC     ZIP Code: 20007 |
| Voice Phone: | (202) 342-8648 |
| FAX Phone: | (202) 342-8451 |
| Internet E-mail: | dfrulla@kelleydrye.com |
| I reside in City: | Bethesda     State: MD |

I was admitted to practice in the   District of Colombia Court of Appeals   (court) on   June 24, 1988   (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a *pro hac vice* application to this court.  (If you have made a *pro hac vice* application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:   Christopher D. Hughes

Firm Name:   Nossaman, LLP

Address:   621 Capitol Mall Suite 2500

City:   Sacramento

State:   CA      ZIP Code: 95814

Voice Phone:   (916) 442-8888

FAX Phone:   (916) 442-0382

E-mail:   chughes@nossaman.com

Dated:  November 21, 2022        Petitioner:    /s/ David E. Frulla

**ORDER**

IT IS SO ORDERED.

Dated:  November 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE