1 | ROB BONTA, State Bar No. 202668
  | Attorney General of California
2 | EVAN EICKMEYER, State Bar No. 166652
  | Supervising Deputy Attorney General
3 | GWYNNE B. HUNTER, State Bar No. 293241
  | NATALIE E. COLLINS, State Bar No. 338348
4 | Deputy Attorneys General
  |   P.O. Box 944255
5 |   Sacramento, CA 94244-2550
  |   Telephone: (916) 210-7814
6 |   E-mail: Natalie.Collins@doj.ca.gov

7 | *Attorneys for Defendant Rob Bonta,*
  | *Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOOT BARN, INC., a Delaware Corporation, and DAN POST BOOT COMPANY, a Tennessee Company,** | 2:22-cv-02105-KJM-CKD |
| Plaintiffs, | **STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE** |
| v. | Judge: Hon. Kimberly J. Mueller |
| **ROB BONTA, in his official capacity as Attorney General for the State of California,** | Action Filed: November 22, 2022 |
| Defendant. | |

Defendant Rob Bonta, in his official capacity as Attorney General of California, does not oppose the motion of Humane Society of the United States, Humane Society International, and the Center for Biological Diversity to intervene in this action.

Dated: July 14, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
EVAN EICKMEYER
Supervising Deputy Attorney General

  /s/ Natalie Collins
NATALIE E. COLLINS
Deputy Attorney General
*Attorneys for Defendant*
*Rob Bonta, Attorney General of California*

# CERTIFICATE OF SERVICE

Case Name:   Boot Barn Inc., et al. Rob Bonta     No.   **2:22-cv-02105-KJM-CKD**

I hereby certify that on July 14, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 14, 2023, at Sacramento, California.

| Leticia Aguirre | /s/ Leticia Aguirre |
|---|---|
| Declarant | Signature |

SA2022305398
37341277.docx