NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com

*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOT BARN, INC. and DAN POST BOOT COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>ROB BONTA,<br><br>        Defendant. | Civil Case No. 2:22-cv-02105-KJM-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         December 1, 2023<br>Time:        10:00 a.m.<br>Courtroom:  3<br>Before:      Hon. Kimberly J. Mueller |

### **NOTICE**

Notice is hereby given that Plaintiffs Boot Barn, Inc. and Dan Post Boot Company (collectively, "Plaintiff's"), make the following motion, which, pursuant to the Court's minute order entered on June 30, 2023 (ECF 18), is noticed for a hearing on **December 1, 2023 at 10:00 a.m.** before the Honorable Kimberly J. Mueller.

### **MOTION**

Plaintiffs hereby move for summary judgment as to Count I of their Complaint and request this Court declare California Penal Code §§ 653o(c) and 653r unconstitutional as they pertain to the importation, possession, or sale of Teju, Ring, and Nile lizard bodies, parts, or products thereof.

This motion is based on the memorandum of points and authorities, statement of undisputed facts, and the declarations and exhibits filed herewith and the relevant pleadings on file.

Respectfully submitted,

Dated: August 4, 2023

By:  /s/ *Christopher D. Hughes*

NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

By:  /s/ *David E. Frulla*

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com

*Counsel for Plaintiffs*