1  Katherine Hendrix (Bar No. 336792)
   The Humane Society of the United States
2  1255 23rd St. NW, Suite 450
   Washington, D.C. 20037
3  khendrix@humanesociety.org
   (617) 872 0558
4
5  Nicholas Arrivo (Bar No. 296173)
   The Humane Society of the United States
   1255 23rd St. NW, Suite 450
6  Washington, D.C. 20037
   narrivo@humanesociety.org
7  (202) 961 9446

8  *Attorneys for Intervenor-Defendants*
   *The Humane Society of the United States, Humane*
9  *Society International, and the Center for Biological*
   *Diversity*
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOT BARN, INC., a Delaware Corporation, and DAN POST BOOT COMPANY, a Tennessee Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>Defendant,<br><br>THE HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Intervenor-Defendants. | Case No. 2:22-cv-02105-KJM-CKD<br><br>**INTERVENOR-DEFEDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Kimberly J. Mueller<br>Date: 10:00 AM<br>Time: December 1, 2023<br>Courtroom 3 |

**PLEASE TAKE NOTICE** that on December 1, 2023, or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Mueller in Courtroom 3, in the United States District Court for the Eastern District of California, Intervenor-Defendants the Humane Society of

1  the United States, Humane Society International, and the Center for Biological Diversity
2  (collectively "Intervenor-Defendants"), by and through their counsel of record, will and hereby
3  do move for summary judgment against Plaintiffs.
4      The motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure on the
5  following grounds: (1) there is no genuine dispute as to any material fact; (2) Section 653o of the
6  California Penal Code is not preempted by the federal Endangered Species Act; and (3)
7  Intervenor-Defendants are therefore entitled to judgement as a matter of law on Count I:
8  Violation of the Supremacy Clause of the United States Constitution Due to Preemption. The
9  motion is based upon this Notice of Cross-Motion and Cross-Motion, Intervenor-Defendants'
10 Statement of Undisputed Facts, Intervenor-Defendants' Response to Plaintiffs' Statement of
11 Material Facts, Intervenor-Defendants' Memorandum of Points and Authorities in Opposition to
12 Plaintiffs' Motion for Summary Judgment and in Support of Intervenor-Defendants' Cross-
13 Motion for Summary Judgment, and the pleadings and papers filed herein, and upon such further
14 evidence as may be presented in connection with the hearing on this motion.

**DATED**: October 6, 2023                    Respectfully submitted,

                                                      /s/ Katherine Hendrix
Katherine Hendrix (Bar No. 336792)
The Humane Society of the United States
1255 23rd St. NW, Suite 450
Washington, D.C. 20037
khendrix@humanesociety.org
(617) 872 0558

Nicholas Arrivo (Bar No. 296173)
The Humane Society of the United States
1255 23rd St. NW, Suite 450
Washington, D.C. 20037
narrivo@humanesociety.org
(202) 961 9446

*Attorneys for Intervenor-Defendants*
*The Humane Society of the United States,*
*Humane Society International, and the*
*Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed the foregoing document and all attachments thereto with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Katherine Hendrix
Katherine Hendrix
Attorney for Intervenor-Defendants

- 3 -   Case No. 2:22-cv-02105-KJM-CKD
NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT