1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  EVAN EICKMEYER, State Bar No. 166652
   Supervising Deputy Attorney General
3  GWYNNE B. HUNTER, State Bar No. 293241
   NATALIE COLLINS, State Bar No. 338348
4  Deputy Attorneys General
    600 W. Broadway
5   San Diego, CA 92101
    Telephone:  (619) 738-9140
6   E-mail:  Natalie.Collins@doj.ca.gov
   *Attorneys for Defendant Rob Bonta,*
7  *Attorney General of California*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **BOOT BARN, INC., a Delaware**          2:22-cv-02105-KJM-CKD
    **Corporation, and DAN POST BOOT**
14  **COMPANY, a Tennessee Company,**        **STIPULATION ON AMENDED CROSS-**
                                              **SUMMARY JUDGMENT BRIEFING**
15                            Plaintiffs,    **SCHEDULE**

16       v.                                   Judge:        The Honorable Kimberly J.
                                                            Mueller
17  **ROB BONTA, in his official capacity as** Action Filed:  November 22, 2022
    **Attorney General for the State of California,**
18
                              Defendant,
19

20  **HUMANE SOCIETY OF THE UNITED**
    **STATES, HUMANE SOCIETY**
21  **INTERNATIONAL, and CENTER FOR**
    **BIOLOGICAL DIVERSITY,**
22
                      Defendant-Intervenors.
23

24

25                          **STIPULATION**

26       Plaintiffs Boot Barn, Inc. and Dan Post Boot Company (Plaintiffs), Defendant Rob Bonta,

27  Attorney General of California (Defendant), and Humane Society of the United States, Humane

28  Society International, and Center for Biological Diversity (Defendant-Intervenors) (collectively,

                                    1

Defendants) through their respective counsel of record, jointly submit the following Proposed

Amended Summary Judgment Briefing Schedule.

WHEREAS, at the Scheduling Conference on June 29, 2023, the Court set the following

briefing schedule for Plaintiffs' motion for summary judgment (MSJs):

- Plaintiffs' MSJs due August 4, 2023.

- Defendants' Oppositions due October 6, 2023.

- Plaintiffs' Reply due November 3, 2023.

- Hearing on December 1, 2023.

WHEREAS, Defendants now intend to cross-move for summary judgment.

NOW, THEREFORE, the parties stipulate to and propose for the Court the following

amended briefing schedule for the parties' cross-MSJs:

- Defendants' Oppositions and Cross-MSJs due October 6, 2023. Defendant and Defendant-Intervenors will each file their Opposition and Cross-MSJ as a single document not to exceed 25 pages in length.

- Plaintiffs' Reply and Opposition to Defendants' Cross-MSJs due November 3, 2023.

- Defendants' Reply on Cross-MSJs due December 1, 2023.

- Hearing in early January 2024 or as soon thereafter as the Court can accommodate.

- Defendants agree that if Plaintiffs request additional time to file their Oppositions or request additional page limit increases, the Parties will seek Court approval of a suitable stipulation pursuant to that request.

SO STIPULATED.

2

Dated:  October 5, 2023

Respectfully submitted,

CALIFORNIA DEPARTMENT OF JUSTICE

By: */s/ Natalie Collins*
Natalie Collins
*Counsel for Defendant*
*California Attorney General*

NOSSAMAN LLP
By: */s/ Christopher D. Hughes*
Christopher D. Hughes
Paul S. Weiland
*Counsel for Plaintiffs*

KELLEY DRYE & WARREN LLP
By: */s/ David E. Frulla*
David E. Frulla
Bret A. Sparks
*Counsel for Plaintiffs*

HUMANE SOCIETY OF THE UNITED STATES
By: */s/ Katherine Hendrix*
Katherine Hendrix
*Counsel for Intervenors*

## **ORDER**

Pursuant to stipulation, the Court hereby GRANTS the parties' proposed summary judgment briefing schedule.  A hearing on the anticipated cross-motions for summary judgment is set for **January 26, 2024 at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

Dated:  October 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3