NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOT BARN, INC., a Delaware Corporation, and DAN POST BOOT COMPANY, a Tennessee Company,<br><br>                 Plaintiffs,<br><br>        vs.<br><br>ROB BONTA, in his official capacity as Attorney General for the State of California,<br><br>                 Defendant. | Case No:  2:22-cv-02105-KJM-CKD<br><br>**STIPULATION ON AMENDED BRIEFING SCHEDULE**<br><br><br>Judge:  Honorable Kimberly J. Mueller<br>Action Filed:  November 22, 2022 |
| HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY INTERNATIONAL, and CENTER FOR BIOLOGICAL DIVERSITY,,<br><br>                 Defendants/Intervenors. | |

1

## **STIPULATION**

2       Plaintiffs Boot Barn, Inc. and Dan Post Boot Company (Plaintiffs), Defendant Rob

3 Bonta, Attorney General of California (Defendant), and Humane Society of the United States,

4 Humane Society International, and Center for Biological Diversity (Defendant-Intervenors)

5 (collectively, Defendants) through their respective counsel of record, jointly submit the

6 following Proposed Amended Summary Judgment Briefing Schedule.

7       WHEREAS, consistent with a stipulation filed by the parties, on October 12, 2023, the

8 Court entered an order setting a briefing schedule for Plaintiffs' motion for summary judgment

9 (MSJs) and Defendants' cross-MSJ, the remaining relevant dates of which follow:

10         • Plaintiffs' Reply and Opposition to Defendants' Cross-MSJs due November 3,

11           2023.

12         • Defendants' Reply on Cross-MSJs due December 1, 2023.

13         • Hearing to be held on January 26, 2024, at 10:00 a.m.

14       WHEREAS, the stipulation filed by the parties noted: "Defendants agree that if Plaintiffs

15 request additional time to file their Oppositions or request additional page limit increases, the

16 Parties will seek Court approval of a suitable stipulation pursuant to that request." The parties

17 wish to amend the previously agreed upon schedule.

18       NOW, THEREFORE, the parties stipulate to and propose for the Court the following

19 amended briefing schedule for the parties' cross-MSJs:

20         • Plaintiffs' Reply to Defendants' Oppositions to Plaintiffs' MSJ and Oppositions

21           to Defendants' Cross-MSJs due December 15, 2023.

22         • Defendants' Reply to Oppositions to Cross-MSJs due January 19, 2024.

23         • Hearing in February 2024 or as soon thereafter as the Court can accommodate.

24 ///

25 ///

26 ///

27 ///

28 ///

62320840.v1

1    SO STIPULATED.

2    Dated:  October 20, 2023                    Respectfully submitted,

3                                                CALIFORNIA DEPARTMENT OF
                                                 JUSTICE
4

5                                                By: */s/ Natalie Collins*
                                                      Natalie E. Collins
6                                                     *Counsel for Defendant*
                                                      *California Attorney General*
7
                                                 NOSSAMAN LLP
8

9                                                By: */s/ Christopher D. Hughes*
                                                      Christopher D. Hughes
10                                                    Paul S. Weiland
                                                      *Counsel for Plaintiffs*
11
                                                 KELLEY DRYE & WARREN LLP
12

13                                               By: */s/ David E. Frulla*
                                                      David E. Frulla
14                                                    Bret A. Sparks
                                                      *Counsel for Plaintiffs*
15
                                                 HUMANE SOCIETY OF THE UNITED
16                                               STATES

17                                               By: */s/ Katherine Hendrix*
                                                      Katherine Hendrix
18                                                    *Counsel for Intervenors*

19

20                          **ORDER**

21        Pursuant to stipulation, the Court hereby GRANTS the parties' proposed amended

22   summary judgment briefing schedule.  The hearing previously set for January 26, 2024, is hereby

23   vacated and reset to **February 16, 2024, at 10:00 a.m.** before the undersigned.

24        IT IS SO ORDERED.

25   Dated: October 30, 2023

26

27   _____
     CHIEF UNITED STATES DISTRICT JUDGE
28